No. 90–6056. GROOMS v. PRINCE GEORGE'S COUNTY. C. A. 4th Cir. Certiorari denied.

No. 90–6058. TAYLOR v. MONSANTO CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–6065. RICHARDSON v. CITY OF SOUTH EUCLID, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–6068. BOWLES v. NANCE, JUDGE OF THE CIRCUIT COURT OF THE CITY OF RICHMOND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–6069. COOKSEY v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 90–6073. CROCKETT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6078. JOHNSON v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 90–6079. SMITH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–6080. HUCKABY v. OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 90–6087. WRIGHT v. VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 90–6094. WILKEN v. WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–6102. HENNE ET AL. v. WRIGHT ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–6104. ADDLEMAN v. WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–6107. ADDLEMAN v. BOARD OF PRISON TERMS AND PAROLES ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–6112. FELTON v. BARNETT ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–6115. BULL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.